NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

ETHAN LUCAS,                               )
                                          )
          Appellant,                       )
                                          )
v.                                        )          Case No. 2D18-4558
                                          )
STATE OF FLORIDA,                          )
                                          )
          Appellee.                        )
                                          )
_____)

Opinion filed November 6, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for Polk
County; Donald H. Jacobsen, Judge.

Ethan Lucas, pro se.

PER CURIAM.

          Affirmed.

SILBERMAN, BADALAMENTI, and ROTHSTEIN-YOUAKIM, JJ., Concur.